# UNITED STATES DISTRICT COURT
## District of Kansas
**(Topeka Docket)**

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                              **CASE NO.:** 22-40074-EFM

**ARTHUR SHOTWELL JR.,**

    Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

**POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about October 25, 2021, in the District of Kansas, the defendant,

**ARTHUR SHOTWELL JR.,**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

1

In violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(C), and Title 18, United States Code, Section 2.

Dated this 4 day of November 2022, in Topeka, Kansas.

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Lindsey C. Debenham*

Lindsey Debenham
Special Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: lindsey.debenham@usdoj.gov
Ks. S. Ct. No. 27574

# PENALTIES

## COUNT ONE

**POSSESSION WITH THE INTENT TO
DISTRIBUTE A CONTROLLED SUBSTANCE
[21 U.S.C. § 841(a)(1)]**

- A term of imprisonment not to exceed twenty (20) years.
  21 U.S.C. § 841(c).

- A fine not to exceed $1,000,000.00.
  21 U.S.C. § 841(c).

- A term of supervised release not less than three (3) years.
  21 U.S.C. § 841(c).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).